**SO ORDERED.**



**TIFFANY & BOSCO**
P.A.

**Dated: March 16, 2010**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-15591

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Valerie M. Specht<br>       Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>       Movant,<br>  vs.<br>Valerie M. Specht, Debtors; Russell A. Brown, Trustee.<br>       Respondents. | No. 2:09-bk-12802-RTB<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #21)<br><br>Hearing Date: March 3, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated March 8, 2006, and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Valerie M. Specht have an interest in, further described as:

Lot 54, of ESTRELLA MOUNTAIN RANCH, PARCEL 96B, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 686 of Maps, page 37.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

_____
UNITED STATES BANKRUPTCY JUDGE